IN THE SUPREME COURT OF NORTH CAROLINA

No. 92A25

Filed 12 December 2025

IN THE MATTER OF:

Foreclosure of real property under deed of trust from VIRGINIA LEE GODFREY and HARRY CRAIG DEES, II a/k/a H. CRAIG DEES, II, in the original amount of $150,000.00, payable to RBC Centura Bank, dated October 31, 2003 and recorded on November 11, 2003 in book RB 3260 at Page 103, Orange County Registry; TRUSTEE SERVICES OF CAROLINA, LLC, substitute trustee

Appeal pursuant to N.C.G.S. § 7A-30(2) (2023) from the decision of a divided panel of the Court of Appeals, 298 N.C. App. 29, 914 S.E.2d 14 (2025), reversing an order entered on 30 May 2023 by Judge Alyson Adams Grine in Superior Court, Orange County, and remanding with instructions to enter an order authorizing foreclosure. Heard in the Supreme Court on 5 November 2025.

*Brock & Scott, PLLC, by Alan M. Presel, for petitioner-appellee Paper Profits LLC.*

*Buckmiller & Frost, PLLC, by Joseph Z. Frost, for respondent-appellant Virginia Lee Godfrey.*

PER CURIAM.

AFFIRMED.